IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EMERSON WESTLAKE**                                                                                              **PLAINTIFF**
**ADC #184980**

**VS.**                                               **4:25-CV-00166-BRW**

**JERRY DON RAMEY,** *ET AL.*                                                **DEFENDANTS**

## JUDGMENT

Consistent with today's order, this case is DISMISSED, without prejudice.

IT IS SO ORDERED this 11th day of March, 2025.


                                                     Billy Roy Wilson
                                                     UNITED STATE DISTRICT JUDGE